## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY; TURN KEY HEALTH CLINICS, LLC, DIANA MYLES-HENDERSON, LPC, TARA DOTO, LPN, NATASHA KARIUKI, LPN, <br><br> Defendants. | Case No. CV-24-87-SLP |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

COMES NOW Sheila G. Jessee of the firm of Pierce Couch Hendrickson Baysinger & Green, L.L.P. and hereby enters her appearance as counsel of record in the above-titled action for Defendant Sheriff of Cleveland County, in his official capacity. I certify that I am admitted to practice in this Court and am registered to file documents electronically with this Court.

1

Respectfully submitted,

s/ Sheila G. Jessee
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
Sheila G. Jessee, OBA No. 33071
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma  73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
sjessee@piercecouch.com
*Attorneys for Defendant Sheriff of Cleveland County, in his official capacity*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel who have entered their appearance in this case.

                                                        s/ Sheila G. Jessee
                                                        Sheila G. Jessee