IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,

Plaintiff,

v.

SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY;
TURN KEY HEALTH CLINICS, LLC,
DIANA MYLES-HENDERSON, LPC,
TARA DOTO, LPN,
NATASHA KARIUKI, LPN,

Defendants.

Case No. CV-24-87-SLP

**UNOPPOSED MOTION FOR LEAVE REQUESTING ADDITIONAL PAGES BY DEFENDANT SHERIFF OF CLEVELAND COUNTY**

Pursuant to LCvR 7.1(e), Defendant Sheriff of Cleveland County, in his official capacity ("Defendant Sheriff"), by and through his counsel of record, respectfully moves for leave of this Court for an additional two (2) pages for Defendant Sheriff's Motion to Dismiss. In support of this Unopposed Motion, Defendant Sheriff would show the Court as follows:

1. Pursuant to Fed. R. Civ. P. 12, Defendant Sheriff's deadline to file his Motion to Dismiss is currently February 26, 2024.

2. Plaintiff's Complaint contains 51 pages, 286 enumerated paragraphs. (See Doc. 001). Given the breath of Plaintiff's Complaint, and complexity of the claims asserted, Defendant Sheriff is unable to sufficiently address those allegations and claims in the

number of pages allowed under LCvR 7.1(e).

3. Defendant Sheriff's Motion will require extensive briefing to address the whether Defendant Sheriff, in his official capacity, may be held liable for the alleged municipal failures, including alleged failures to train, supervise, and further address the alleged underlying constitutional violations.

4. While Local Rule 7.1(e) limits the brief to twenty-five (25) pages in length, to fully address the allegations and claims on behalf of Defendant Sheriff, additional pages are necessary. As such, Defendant Sheriff requests the Court to allow him up to two (2) additional pages to complete his Motion to Dismiss.

5. Therefore, Defendant Sheriff respectfully requests leave to file his brief in support of his Motion to Dismiss of no longer than twenty-seven (27) pages.

6. Undersigned counsel has conferred with Plaintiff's counsel and Plaintiff has no objection to this requested relief.

7. A proposed Order is being submitted with this Motion.

WHEREFORE, premises considered, Defendant Sheriff respectfully requests leave to file his brief in support of his Motion to Dismiss of no longer than twenty-seven (27) pages.

Respectfully submitted,

 s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
Sheila G. Jessee, OBA No. 33071
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
sjessee@piercecouch.com
*Attorneys for Defendant Sheriff of Cleveland County, in his official capacity*

## CERTIFICATE OF SERVICE

    I hereby certify that on February 21, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel who have entered their appearance in this case.

 s/ Jessica L. Dark
Jessica L. Dark