IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY;<br>TURN KEY HEALTH CLINICS, LLC,<br>DIANA MYLES-HENDERSON, LPC,<br>TARA DOTO, LPN,<br>NATASHA KARIUKI, LPN,<br><br>    Defendants. | Case No. CIV-24-87-SLP |

**O R D E R**

Before the Court is the Unopposed Motion for Leave Requesting Additional Pages by Defendant Sheriff of Cleveland County [Doc. No. 9]. Upon review, the Motion is GRANTED.

IT IS THEREFORE ORDERED that Defendant Sheriff of Cleveland County is allowed to file a brief in support of his Motion to Dismiss not to exceed twenty-seven (27) pages.

IT IS SO ORDERED this 22nd day of February, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE