IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF OF CLEVELAND COUNTY, In his official capacity, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-24-87-SLP<br>)<br>)<br>)<br>)<br>) |

## **RECUSAL ORDER**

Pursuant to 28 U.S. C. § 455, I recuse from the above-referenced case and direct the Clerk of the Court to place this case number in the random draw for reassignment to another judge of this court.

IT IS SO ORDERED this 20th day of March, 2024.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE