IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY;<br>TURN KEY HEALTH CLINICS, LLC,<br>DIANA MYLES-HENDERSON, LPC,<br>TARA DOTO, LPN,<br>NATASHA KARIUKI, LPN,<br><br>      Defendants. | Case No. CV-24-87-J |

## JOINT APPLICATION FOR PROTECTIVE ORDER

**COME NOW** the parties and respectfully move this Court to enter the Agreed Protective Order, submitted to this Court via email and attached hereto as Exhibit 1. In support of this Application, the parties show this Court as follows:

1. The parties have conferred and agreed to begin discovery in the above-referenced case pursuant to LCvR 26.3(b).

2. As such, the parties are currently engaged in written discovery and document production.

3. Certain documents and information have been requested in this case which one or more of the parties may believe to be confidential.

4. In order to facilitate the free flow of information and protect against the disclosure of information deemed "confidential" to certain persons outside of this case, the parties have agreed to the proposed Agreed Protective Order.

5. A copy of the proposed Agreed Protective Order is attached hereto as Exhibit 1.

**WHEREFORE**, all premises considered, the parties respectfully request this Court's approval of the proposed Agreed Protective Order, which will be submitted for the Court's consideration via email.

Respectfully submitted,

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
*Attorneys for Defendant Sheriff of Cleveland County, in his Official Capacity*

s/ Bob Blakemore
*(signed with permission)*
Daniel E. Smolen, OBA No. 19943
Robert M. Blakemore, OBA No. 18656
Bryon E. Helm, OBA No. 33003
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
danielsmolen@ssrok.com
bobblakemore@ssrok.com
bryonhelm@ssrok.com
*Attorneys for Plaintiff*

                                      s/ Anthony C. Winter
                                      (signed with permission)
Sean P. Snider, OBA #22307
Anthony C. Winter, OBA #32148
Meilani C. Kaaihue, OBA #33931
JOHNSON HANAN VOSLER HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
mkaaihue@johnsonhanan.com
***Attorneys for Defendant Turn Key Health Clinics, LLC***

## CERTIFICATE OF SERVICE

This is to certify that on the 10th day of June, 2024, I electronically transmitted the above document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the attorneys of record in this matter.

                                      s/ Jessica L. Dark
                                      Jessica L. Dark