UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF OF CLEVELAND COUNTY, in his Official Capacity, et al., <br><br> Defendants. | Case No. CIV-24-87-J |

**ORDER**

In separate orders issued this same date, the Court granted Defendants' motions to dismiss. Because it may be possible for Plaintiff to plead plausible claims against Defendants, Plaintiff is granted leave to file an amended complaint within twenty-one (21) days of the date of this Order. Absent the filing of an amended complaint, judgment will be entered dismissing this case.

IT IS SO ORDERED this 19th day of August, 2024.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE