**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DANIEL HANCHETT,                              )
                                             )
                    Plaintiff,               )
                                             )
v.                                           )    Case No. CIV-24-087-J
                                             )
SHERIFF OF CLEVELAND COUNTY, et al.,  )
                                             )
                    Defendants.              )

**TO THE CLERK OF COURT:**

Please enter the following order in the above-entitled cause:

Pursuant to 28 U.S.C. § 455, I recuse from the above-referenced case to whom this case is assigned. The Clerk of Court is directed to return the case to the regular procedure for random selection so that a successor District Judge may be determined.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES DISTRICT JUDGE BERNARD M. JONES.

                    Joan Kane, Clerk

              By:   /s/ D. Wayne Lee
                    Deputy Clerk

Date:  September 23, 2024