# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

ROOM 1210, U.S. COURTHOUSE
OKLAHOMA CITY, OKLAHOMA 73102

Date:   September 23, 2024

| | |
|---|---|
| DANIEL HANCHETT,                                )<br>                                                          )<br>          Plaintiffs,                              )<br>                                                          )<br>v.                                                      )<br>                                                          )<br>SHERIFF OF CLEVELAND COUNTY, et al.,  )<br>                                                          )<br>          Defendants.                           ) | Case No. CIV-24-087-J |

ENTER ORDER:

Case reassigned to _____ Judge Charles B. Goodwin _____

HEREAFTER, PLEASE REFER TO CASE AS _____ CIV-24-087-G _____

Please note that, for future filings in this case, the letter at the end of the number should now be a "G" rather than a "J". This is important to ensure the prompt distribution of pleadings to the proper judge.

By direction of Judge Bernard M. Jones, we have entered the above enter order.

                                                                              Joan Kane, Clerk


                                                                              By: _____ s/ D. Wayne Lee _____
                                                                                            Deputy Clerk


cc: counsel of record