# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>SHERIFF OF CLEVELAND COUNTY, et al.,<br><br>    Defendants. | Case No. 24-cv-87-J |

## ENTRY OF APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant, Jawaun Lewis.

    I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

    Respectfully submitted,

*s/ Sean P. Snider*
Sean P. Snider, OBA# 22307
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
*Attorney for Defendants Turn Key Health Clinics, LLC; Jawaun Lewis; Diana Myles-Henderson, LPC; and Natasha Kariuki, LPN*

## CERTIFICATE OF SERVICE

      I hereby certify that on the <u>2nd</u> day of <u>October</u>, 2024, I electronically transmitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                                            */s/ Sean P. Snider*