# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,**<br><br>　　**Plaintiff,**<br><br>v.<br><br>**SHERIFF OF CLEVELAND COUNTY, in his official capacity, et al.,**<br><br>　　**Defendants.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. CIV-24-87-G<br>)<br>)<br>)<br>)<br>) |

## ORDER

Now before the Court is Defendants' Unopposed Motion for Extension of Time (Doc. No. 83).

For good cause shown, the Motion is GRANTED. Defendants Turn Key Health Clinics, LLC, Diana Myles-Henderson, and Natasha Kariuki shall file their replies as to the Responses (Doc. Nos. 77, 78, 79) no later than November 5, 2024.

IT IS SO ORDERED this 24th day of October, 2024.

_____
CHARLES B. GOODWIN
United States District Judge