AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

DANIEL HANCHETT, as Personal representative )
of the Estate of Shannon Hanchett, Deceased, )
)
)
          Plaintiff(s), )
)
v. )   Case No. CV-24-87-SLP
SHERIFF OF CLEVELAND COUNTY, )
  IN HIS OFFICIAL CAPACITY, et al )
)
)
          Defendant(s). )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Tara Doto, LPN
167 Fumasi Dr.
Galt, CA 95632

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Smolen & Roytman
701 S. Cincinnati Ave.
Tulsa, OK 74119

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. CV-24-87-SLP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* Tara Brandon
was received by me on *(date)* 11/26/2024.

☐ I personally served the summons on the individual at *(place)* 2315 N. Tennessee Blvd #2202 Murfreesboro, TN 73130
on *(date)* 12/4/2024 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 12/4/2024

_____
Server's signature

Jon Holder Process Server
Printed name and title

201 W. Main St. #205 Murfreesboro, TN 37130
Server's address

Additional information regarding attempted service, etc:

Print    Save As...    Reset