IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,<br><br>　　　Plaintiff,<br><br>v.<br><br>SHERIFF OF CLEVELAND COUNTY, et al.,<br><br>　　　Defendants. | Case No. 24-cv-87-G |

_____

**DEFENDANT TURN KEY HEALTH CLINICS, LLC'S
DISCLOSURE STATEMENT IDENTIFYING CONSTITUENTS OF LLC**
_____

　　　Turn Key Health Clinics, LLC, pursuant to LCvR7.1.1 and Order of this Court (Doc. No. 108), respectfully provides the following supplement to its original corporate disclosure statement (Doc. No. 26) identifying constituents of the LLC:

1. Turn Key Health Clinics, LLC is wholly owned by sole member TK Health Holdings, LLC.
2. TK Health Holdings, LLC is wholly owned by TCSCFI TK LLC.
3. TCSCFI TK LLC's members are Trive Capital Small Cap Fund I LP (majority membership),Turn Key Holdings, LLC
4. Trive Capital Small Cap Fund I LP is owned by Trive Capital Small Cap Fund I GP LLC, which is owned by:
    a. Controlling, voting partners: Conner Searcy (Texas) and Chris Zugaro (Texas).
    b. Passive, non-voting partners which include current and former Trive employees: Johnny Acosta (Texas), Blake Bonner (Texas), Tanner Cope (Texas), Madeline Esther (Minnesota), Trevor Johnston (Texas), Nick Miner (Texas), Patrick Myers (Texas), Jonathan Nunnaley (Texas),

David Stinnett (Texas), Shravan Thadani (Texas), Stephen Yoost (Texas), Chris Zugaro (Texas).

5. Turn Key Holdings, LLC is owned by members Flint Junod (Oklahoma), Jesse White (Oklahoma), Jon Echols (Oklahoma), and Trent Smith (Oklahoma).

Respectfully submitted,

*s/ Kaden I. Betsch*
Sean P. Snider, OBA# 22307
Anthony C. Winter, OBA# 32148
Kaden I. Betsch, OBA# 36046
JOHNSON HANAN VOSLER
HAWTHORNE & SNIDER
9801 N. Broadway Extension
Oklahoma City, OK 73114
Telephone: 405.232.6100
Facsimile: 405.232.6105
ssnider@johnsonhanan.com
awinter@johnsonhanan.com
kbetsch@johnsonhanan.com
*Attorneys for Defendants Turn Key Health Clinics, LLC; Jawaun Lewis; Diana Myles-Henderson, LPC; Tara Doto, LPN; Natasha Kariuki, LPN; and Jewel Johnson, LPN*

CERTIFICATE OF SERVICE

I hereby certify that on the 29th day of October, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

*/s/ Kaden I. Betsch*
Kaden I. Betsch