**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| (1) DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE No.: 24-CV-87-G |
| (1) SHERIFF OF CLEVELAND COUNTY, IN HIS OFFICIAL CAPACITY,<br>(2) TURN KEY HEALTH CLINICS, LLC,<br>(3) DIANA MYLES-HENDERSON, LPC,<br>(4) TARA DOTO, LPN,<br>(5) NATASHA KARIUKI, LPN, | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AND DEFENDANT SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY'S JOINT MOTION TO STAY**

Plaintiff Daniel Hanchett ("Plaintiff"), as Personal Representative of the Estate of Shannon Hanchett, deceased, and Defendant Sheriff of Cleveland County in his Official Capacity (the "County") jointly move the Court for an Order staying a ruling on the County's Motion to Dismiss Amended Complaint (Dkt. #61) until August 13, 2026. In support of this Motion, Plaintiff and the County state as follows:

1. On September 23, 2024, the County filed a Motion to Dismiss Amended Complaint. Dkt. #61. The Motion is currently pending.

2. Plaintiff and the County have reached a tentative settlement agreement, subject to consideration by the Board of Commissioners of Cleveland County on Monday, August 10, 2026.

WHEREFORE, Plaintiff and the County respectfully jointly move the Court for an Order staying consideration of the County's Motion to Dismiss (Dkt. #61) until Thursday, August 13, 2026, while leaving all other motions and deadlines unaffected.

Respectfully submitted,

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
SMOLEN & ROYTMAN
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669

***Attorneys for Plaintiff***

/s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
***Attorneys for Defendant Sheriff o Cleveland County, in his official capacity***

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of August 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/Daniel E. Smolen