**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY,<br>TURN KEY HEALTH CLINICS, LLC,<br>JAWAUN LEWIS,<br>DIANA MYLES-HENDERSON, LPC,<br>TARA DOTO, LPN,<br>NATASHA KARIUKI, LPN,<br>JEWEL JOHNSON, LPN<br><br>Defendants. | Case No. 24-CV-087-G |

**PLAINTIFF'S AND DEFENDANT SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY'S JOINT AMENDED MOTION TO STAY**

Plaintiff Daniel Hanchett ("Plaintiff"), as Personal Representative of the Estate of Shannon Hanchett, Deceased, and Defendant Sheriff of Cleveland County in his Official Capacity (the "County") jointly move the Court for an Order staying a ruling on the County's Motion to Dismiss Amended Complaint (Dkt. #61) until August 27, 2026. In support of this Motion, Plaintiff and the County state as follows:

1. On September 23, 2024, the County filed a Motion to Dismiss Amended Complaint. Dkt. #61. The Motion is currently pending.

2. As previously advised, Plaintiff and the County have reached a tentative settlement agreement which was an item of consideration at the Board of County

Commissioners of Cleveland County's meeting on Monday, August 10, 2026. The parties initially requested the Court stay a ruling on the Motion to Dismiss until August 13, 2026. (See Dkt. 115).

3. The Board of County Commissioners of Cleveland County has approved the settlement pending the parties' agreement as to the negotiated terms of the Release and Settlement Agreement. The undersigned counsel and the County are preparing the language of the proposed Release and Settlement Agreement to provide to Plaintiff's counsel for review and consideration. However, this is not yet complete and, thus, the parties request the Court stay a ruling on the Motion to Dismiss until August 27, 2026.

WHEREFORE, Plaintiff and the County respectfully jointly move the Court for an Order staying consideration of the County's Motion to Dismiss (Dkt. #61) until Thursday, August 27, 2026, while leaving all other motions and deadlines unaffected.

Respectfully submitted,

/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
Bryon D. Helm, OBA #33003
Smolen & Roytman
701 S. Cincinnati Ave.
Tulsa, Oklahoma 74119
P: (918) 585-2667
F: (918) 585-2669
***Attorneys for Plaintiff***

/s/Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.
1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
***Attorneys for Defendant Cleveland County***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of August 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants who have appeared in this case.

/s/Jessica L. Dark
Jessica L. Dark