**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,

Plaintiff,

v.

SHERIFF OF CLEVELAND COUNTY IN HIS OFFICIAL CAPACITY,
TURN KEY HEALTH CLINICS, LLC,
JAWAUN LEWIS,
DIANA MYLES-HENDERSON, LPC,
TARA DOTO, LPN,
NATASHA KARIUKI, LPN,
JEWEL JOHNSON, LPN

Defendants.

Case No. 24-CV-087-G

**JOINT MOTION FOR STIPULATED JUDGMENT AS TO DEFENDANT SHERIFF OF CLEVELAND COUNTY**

Plaintiff Daniel Hanchett, as Personal Representative of the Estate of Shannon Hanchett, Deceased, and Defendant Sheriff of Cleveland County, in his official capacity, move for a Stipulated Judgment as follows:

1. The Plaintiff and Defendant Sheriff of Cleveland County participated in ADR and entered into a tentative economic settlement of disputed claims without any admission of liability on behalf of Defendant Cleveland County Sheriff's Office on or about August 4, 2026. The settlement sum described herein was approved by the Cleveland County Board of County Commissioners on August 10, 2026.

2. The Plaintiff and Defendant agree that they know of no outstanding liens of subrogation claims that have not been retired by agreement.

3. The parties agree that each side shall absorb their own attorney fees and costs.

4. The proposed Stipulated Judgment is also supported by the executed Settlement Agreement and Release of All Claims signed by the Plaintiff and the Defendant attached hereto as Exh. 1. The Board of County Commissioners for Cleveland County has authorized the Stipulated Judgment to be placed on Cleveland County judgment rolls in accordance with Oklahoma law.

5. The Stipulated Judgment in the amount of Twenty Million Dollars ($20,000,000.00), which includes all claims and causes of action, costs, pre-judgment interest and attorney fees, against Cleveland County Sheriff's Office shall be paid as follows:

a) Two Million Dollars ($2,000,000.00) shall be paid by The Charter Oak Fire Insurance Company ("Travelers"), as the liability insurer for Defendant Sheriff of Cleveland County, within sixty (60) days from the date the Stipulated Judgment from the date the Stipulated Judgment is entered. In exchange for the lump sum payment by Travelers, Plaintiff agrees to file a Partial Satisfaction of Judgment as to Travelers and the Two Million Dollars ($2,000,000.00) payment and agrees to release and forever discharge Travelers Insurance Company and all its subsidiaries or other affiliated entities from any and all claims relating to the incarceration of Shannon Hanchett at the Cleveland County Detention Center from November 26, 2022 through December 8, 2022.

b) The remaining Eighteen Million Dollars ($18,000,000.00), with post-

judgment interest beginning on the date the Judgment is rendered, pursuant to the federal interest rate as of August 10, 2026, shall be paid in one-third (1/3) installments, by way of three annual sinking fund tax levies, in accordance with the mechanism for paying judgments entered against political subdivisions. *See* Okla. Const. Art. X, § 28; Okla. Stat. tit. 19, § 6; Okla. Stat. tit. 62, §§ 431, 435.

6. The parties have agreed to waive any hearing by the Court regarding the foregoing stipulated facts and the approval of the proposed Judgment.

7. The parties specifically represent and agree that this Judgment is not to be construed as an admission of liability nor evidence, admission, or finding of any policy or custom, or lack thereof, of the Cleveland County Sheriff's Office.

8. The Stipulated Judgment proposed for entry by the Court will be submitted as in the manner of proposed orders.

9. This Motion and proposed Stipulated Judgment do not dismiss or otherwise affect any claims against any defendant other than the Sheriff of Cleveland County, in his official capacity.

10. WHEREFORE, the parties jointly request that the Court approve the proposed Stipulated Judgment in the amount of Twenty Million Dollars ($20,000,000.00).

Respectfully submitted,

s/ Jessica L. Dark
Robert S. Lafferrandre, OBA No. 11897
Jessica L. Dark, OBA No. 31236
Sheila G. Jessee, OBA No. 33071
PIERCE COUCH HENDRICKSON
BAYSINGER & GREEN, L.L.P.

1109 North Francis Avenue
Oklahoma City, Oklahoma 73106
Telephone: (405) 235-1611
Facsimile: (405) 235-2904
rlafferrandre@piercecouch.com
jdark@piercecouch.com
sjessee@piercecouch.com
*Attorneys for Defendant Sheriff of Cleveland County, in his official capacity*

s/ Bryon D. Helm
Daniel E. Smolen, OBA No. 19943
Robert M. Blakemore, OBA No. 18656
Bryon D. Helm, OBA No. 33003
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, Oklahoma 74119
Telephone: (918) 585-2667
Facsimile: (918) 585-2669
danielsmolen@ssrok.com
bobblakemore@ssrok.com
byronhelm@ssrok.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2026, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to all counsel who have entered their appearance in this case.

s/ Bryon D. Helm