**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DANIEL HANCHETT, as Personal Representative of the Estate of Shannon Hanchett, Deceased,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. CIV-24-87-G** |
| **SHERIFF OF CLEVELAND COUNTY, in his official capacity, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER**

Now before the Court is a Joint Motion for Stipulated Judgment (Doc. No. 117) filed on September 9, 2026, by Plaintiff Daniel Hanchett, as Personal Representative of the Estate of Shannon Hanchett, and Defendant Sheriff of Cleveland County in his official capacity. The settling parties announce therein that they have voluntarily reached a resolution of all claims against Defendant Sheriff of Cleveland County in this case via settlement in the form of a stipulated judgment against Defendant Sheriff of Cleveland County, approved by the Board of County Commissioners of Cleveland County, in the amount of $20,000,000.00. *See id.* at 1-2. The Board of County Commissioners for Cleveland County has authorized the stipulated judgment to be placed on the Cleveland County judgment rolls in accordance with Oklahoma law. *Id.* at 2.

The Joint Motion represents that each settling party shall absorb its own attorney's fees and costs and that the settling parties know of no outstanding liens or subrogation claims not retired by agreement. *See id.* at 2. The Joint Motion states that the entry of the

stipulated judgment will not dismiss or otherwise affect any claims against any defendant other than Defendant Sheriff of Cleveland County. *See id.* at 3.

No response to the Joint Motion was filed within the time allowed. *See* Order of Sept. 10, 2026 (Doc. No. 118).

The unopposed Joint Motion for Stipulated Judgment (Doc. No. 117) therefore is GRANTED as follows:

1. Defendant's Motion to Dismiss (Doc. No. 61) and the Motions to Stay (Doc. Nos. 115, 116) are DENIED AS MOOT.
2. In accordance with the Joint Motion for Stipulated Judgment and the Release of All Claims and Settlement Agreement (Doc. No. 117-1), Plaintiff Daniel Hanchett, as Personal Representative of the Estate of Shannon Hanchett, shall have judgment against Defendant Sheriff of Cleveland County in his official capacity on all claims and causes of action in the amount of twenty million dollars ($20,000,000.00), inclusive of any costs, fees, or interest. The Court shall enter judgment separately thereon.

IT IS SO ORDERED this 18th day of September, 2026.

CHARLES B. GOODWIN
United States District Judge